**BUSH et al. v. LEACH et al.**

Circuit Court of Appeals, Second Circuit.
November 1, 1927.

No. 50.

Appeal and error ⬦79(2)—Dismissal of complaint as against certain defendants held not reviewable, action being pending in trial court.

Dismissal of complaint as against certain defendants *held* not reviewable on appeal, where

no final judgment was entered; action being pending and undetermined in trial court.

In Error to the District Court of the United States for the Southern District of New York.

Action by William E. Bush and another, copartners doing business under the name of William E. Bush & Co., and others, against Arthur B. Leach and C. Bruce Campbell, impleaded with others. An order dismissing the complaint as against the named defendants was rendered, and plaintiffs bring error. Dismissed.

A. Gordon Murray, of New York City (Charles H. Kelby and John B. Doyle, both of New York City, of counsel), for plaintiffs in error.

Elmer W. Maher, of New York City, appearing specially for defendants in error.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. This appeal seeks to review an order which dismissed the complaint as against the individual defendants Arthur B. Leach and C. Bruce Campbell. No final judgment has been entered in the court below, as the action is still pending there and is undetermined as to A. B. Leach & Co., Inc., and Philip J. Reilly. The appeal must be dismissed, upon the authority of Hohorst v. Hamburg Co., 148 U. S. 262, 13 S. Ct. 590, 37 L. Ed. 443; General Electric Co. v. Allis-Chalmers Co., 194 F. 413 (C. C. A. 3d); Electric Pro. Co. v. American Bank Pro. Co., 184 F. 924 (C. C. A. 8th); Cay v. Vereen, 144 F. 839 (C. C. A. 5th); Menge v. Warriner, 120 F. 816 (C. C. A. 5th).

Appeal dismissed.